

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

*In re:*

RICHARD P. CACCHIOTTI,
Debtor

Ch. 13
18-13830-JEB

**Order**

**MATTER:**
#64 Creditor U.S. Bank National Association's Motion for Relief from Stay Re: 66 Central Avenue, Seekonk, MA

This matter came before the Court on the above Motion of U.S. Bank Trust National Association, as Trustee for the Treehouse Series V Trust (the "Movant"). Due notice was given and no objections were filed. Having reviewed the Motion which states good cause for relief from stay, the Motion is granted as follows.

It is ORDERED that:

1. The Movant, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 to allow it to exercise its rights under its mortgage to conduct a foreclosure sale with respect to the property located at 66 Central Avenue, Seekonk, Massachusetts (the "Property"), as more particularly described in the Motion, and apply the proceeds from any sale of the Property to the Debtor's loan balance secured by such mortgage, or accept a deed in lieu of foreclosure on the Property, and, if necessary, bring eviction proceedings against the Debtor or any occupant, all in accordance with applicable state and federal law.

2. The Movant shall provide the Chapter 13 Trustee and the Debtor with an accounting regarding the sale within 30 days of the sale and all surplus funds after satisfaction of Movant's mortgage, if any, obtained by the Movant shall be remitted to the Chapter 13 Trustee upon written request by the Trustee or as may be directed by further order of the Court absent written direction provided by the Trustee.

3. The Court denies the Movant's request to waive the fourteen-day stay of this Order pursuant to Fed. R. Bankr. P. 4001(a)(3).  This Order is stayed through **March 28, 2023**.

Dated: 3/14/2023                                    By the Court,

                                                    Janet E. Bostwick
                                                    United States Bankruptcy Judge